UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | BK CASE NO. 15-18584-RAM |
| | CHAPTER 13 |
| GLADIS P. AGUILAR | |
| and | |
| MELVIN J. RODRIGUEZ | |
| Debtor(s). | |

## NOTICE OF TRANSFER OF CLAIM

U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 20116-1, Mortgage-Backed Notes, Series 2016-2 ("**Transferee**") gives notice of transfer of claim as follows:

**Claim No.**:
5-1

**Claim Amount**:
$260,717.80

**Transferor:**
U.S. Bank, National Association,
As Indenture Trustee on behalf of and
With Respect to Ajax Mortgage Loan
Trust 2013-C, Mortgage-Backed Notes,
Series 2013-C

**Transferee:**
U.S. Bank National Association, as
Indenture Trustee on behalf of and
With Respect to AJAX Mortgage
Loan Trust 2016-2, Mortgage-Backed
Notes, Series 2016-2

**Address for Payment:**
Gregory Funding LLC
P.O. Box 742334
Los Angeles, CA 90074-2334

**Address for Notices:**
Gregory Funding LLC
P.O. Box 25430
Portland, OR 97298

*/s/  Allison D. Thompson*
Allison D. Thompson
athompson@solomonlaw.com
Florida Bar No. 0036981
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard
Tampa, Florida  33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)

24211.22279.9

**Certificate of Service**

   I certify that a true copy of the foregoing Notice has been served either by CM/ECF transmission or standard first class mail this 8th day of May 2017 to the following:

Gladis P. Aguilar and
Melvin J. Rodriguez
15321 NW 30th Court
Opa Locka, FL 33054
**Debtors**

Ricardo Coronoa, Esq.
3899 NW 7 St., Second Floor
Miami, FL 33126
**Attorney for Debtors**

Nancy K. Neidich
Post Office Box 279806
Miramar, Florida 33027
**Trustee**

Office of the United States Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, Florida 33130
**U.S. Trustee**

U.S. Bank, National Association, As Indenture Trustee on behalf of and With Respect to Ajax Mortgage Loan 2013-C, Mortgage-Backed Notes, Series 2013-C
P.O. Box 25430
Portland, OR 97298
**Transferor**

               */s/   Allison D. Thompson*
               Allison D. Thompson
               athompson@solomonlaw.com
               Florida Bar No. 0036981
               **THE SOLOMON LAW GROUP, P.A.**
               1881 West Kennedy Boulevard
               Tampa, Florida  33606-1611
               (813) 225-1818 (Tel)
               (813) 225-1050 (Fax)
               Attorneys for Transferee