| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Gladis P. Aguilar |
| Debtor 2 (Spouse, if filing) | Melvin J. Rodriguez |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number | 15-18584-RAM |

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, as Indenture Trustee obo and with Respect to AJAX Mortgage Loan Trust 2016-2, Mortgage-Backed Notes, Series 2016-2

**Court claim no.** (if known): 6-2

**Last 4 digits** of any number you use to identify the debtor's account: 1 0 4 1

**Date of payment change:** Must be at least 21 days after date of this notice: 06/01/2020

**New total payment:** Principal, interest, and escrow, if any: $ 1,582.27

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 127.98        New escrow payment: $ 258.89

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Gladis P. Aguilar | Case number (if known) | 15-18584-RAM |
| | First Name    Middle Name    Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Allison D. Thompson             Date 04/20/2020
Signature

Print:  Allison D. Thompson              Title  Creditor's Attorney
        First Name    Middle Name    Last Name

Company  The Solomon Law Group, P.A.

Address  1881 W. Kennedy Blvd., Ste. D.
         Number        Street

         Tampa, FL 33606-1611
         City                    State    ZIP Code

Contact phone  813-225-1818              Email  athompson@solomonlaw.com

Print    Save As...    Add Attachment    Reset

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## PROJECTIONS FOR COMING YEAR

| COMPANY |
|---|
| Gregory Funding<br>P. O. Box 25430<br>Portland OR 97298<br>(866) 712-5698 |

| ACCOUNT NO. | |
|---|---|
| STATEMENT DATE | 4/16/2020 |

| BORROWER |
|---|
| Melvin Rodriguez<br>Gladis Aguilar<br>15321 Nw 30Th Ct<br>Opa Locka FL 33054 |

**NEW PAYMENT INFORMATION**

*If you have already received your monthly billing statement, please adjust your bill to reflect the new payment amount reflected on this statement.*

| | |
|---|---|
| Principal and Interest | $1,323.38 |
| Escrow Payment | $161.15 |
| Shortage/Surplus | $26.86 |
| Deficiency | $70.88 |
| Other | $0.00 |
| **Payment Amount** | **$1,582.27** |
| **Effective Date** | **6/1/2020** |

Gregory Funding analyzes your escrow account annually, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account projection below, is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.  If you have any questions, you may call our loan servicing department at (866) 712-5698. Please, give your account number when making inquiries by telephone or in writing. We urge you to keep this statement with your loan records for comparison with the actual activity in your account at the end of the escrow accounting computation year.

### ESCROW ACCOUNT PROJECTIONS FOR COMING YEAR

| Month-Year | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance Projected | Escrow Account Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | $0.00 | $322.30 |
| Jun-2020 | $161.15 | $161.15 | Force Placed Insurance - Hazard | $0.00 | $322.30 |
| Jul-2020 | $161.15 | $161.15 | Force Placed Insurance - Hazard | $0.00 | $322.30 |
| Aug-2020 | $161.15 | $161.15 | Force Placed Insurance - Hazard | $0.00 | $322.30 |
| Sep-2020 | $161.15 | $161.15 | Force Placed Insurance - Hazard | $0.00 | $322.30 |
| Oct-2020 | $161.15 | $161.15 | Force Placed Insurance - Hazard | $0.00 | $322.30 |
| Nov-2020 | $161.15 | $161.15 | Force Placed Insurance - Hazard | $0.00 | $322.30 |
| Dec-2020 | $161.15 | $161.15 | Force Placed Insurance - Hazard | $0.00 | $322.30 |
| Jan-2021 | $161.15 | $161.15 | Force Placed Insurance - Hazard | $0.00 | $322.30 |
| Feb-2021 | $161.15 | $161.15 | Force Placed Insurance - Hazard | $0.00 | $322.30 |
| Mar-2021 | $161.15 | $161.15 | Force Placed Insurance - Hazard | $0.00 | $322.30 |
| Apr-2021 | $161.15 | $161.15 | Force Placed Insurance - Hazard | $0.00 | $322.30 |
| May-2021 | $161.15 | $161.15 | Force Placed Insurance - Hazard | $0.00 | $322.30 |

Your ending balance from the last month of the account history is ($850.57). Your starting balance according to this analysis should be $322.30.

This means you have a deficiency of $850.57. This deficiency may be collected from you over a period of 2 months or more unless the deficiency is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

After considering the deficiency, you still have a remaining shortage of $322.30. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over the next 12 months.

Your 6/1/2020 mortgage payment will be $1,582.27 of which $1,323.38 will be for principal and interest and $258.89 will go into your escrow account.

**ESCROW PAYMENT HISTORY**
**GREGORY FUNDING SERVICING ACCOUNT**
**MELVIN RODRIGUEZ (BORROWER)**

**Your Monthly Mortgage Payment was $1,451.36 of which $1,323.38 was for principal and interest and $127.98 went into your escrow account.**

| Date | Reference | From Whom Received / Paid | Memo | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|
| 04/19/19 | INSHAZ | Gregory Funding LLC | INSURMARK | $186.78 | | ($680.28) |
| 04/22/19 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $95.43 | ($584.85) |
| 04/22/19 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $95.43 | ($489.42) |
| 04/22/19 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $95.43 | ($393.99) |
| 05/03/19 | INSHAZ | Gregory Funding LLC | INSURMARK | $206.78 | | ($600.77) |
| 05/20/19 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $95.43 | ($505.34) |
| 06/11/19 | INSHAZ | Gregory Funding LLC | INSURMARK-00412 | $200.12 | | ($705.46) |
| 07/19/19 | INSHAZ | Gregory Funding LLC | INSURMARK-00412 | $33.36 | | ($738.82) |
| 07/19/19 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $95.43 | ($643.39) |
| 08/16/19 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $95.43 | ($547.96) |
| 08/16/19 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $95.43 | ($452.53) |
| 08/23/19 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $161.15 | | ($613.68) |
| 08/23/19 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $161.15 | | ($774.83) |
| 08/23/19 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $161.15 | | ($935.98) |
| 09/20/19 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $161.15 | | ($1,097.13) |
| 10/11/19 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $161.15 | | ($1,258.28) |
| 10/21/19 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $127.98 | ($1,130.30) |
| 10/21/19 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $127.98 | ($1,002.32) |
| 11/15/19 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $161.15 | | ($1,163.47) |
| 11/18/19 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $127.98 | ($1,035.49) |
| 12/20/19 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $161.15 | | ($1,196.64) |
| 12/20/19 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $127.98 | ($1,068.66) |
| 01/28/20 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $161.15 | | ($1,229.81) |
| 02/18/20 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $127.98 | ($1,101.83) |
| 02/25/20 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $161.15 | | ($1,262.98) |
| 03/20/20 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $161.15 | | ($1,424.13) |
| 03/23/20 | TRUST00001 | Melvin Rodriguez | Borrower Payment | | $127.98 | ($1,296.15) |
| 12/01/19 | | | This is assuming the borrower makes the December 2019 escrow payment | | $127.98 | ($1,168.17) |
| 01/01/20 | | | This is assuming the borrower makes the January 2020 escrow payment | | $127.98 | ($1,040.19) |
| 02/01/20 | | | This is assuming the borrower makes the February 2020 escrow payment | | $127.98 | ($912.21) |
| 03/01/20 | | | This is assuming the borrower makes the March 2020 escrow payment | | $127.98 | ($784.23) |
| 04/01/20 | | | This is assuming the borrower makes the April 2020 escrow payment | | $127.98 | ($656.25) |
| 04/01/20 | | | Force Placed Insurance - Hazard | $161.15 | | ($817.40) |
| 05/01/20 | | | This is assuming the borrower makes the May 2020 escrow payment | | $127.98 | ($689.42) |
| 05/01/20 | | | Force Placed Insurance - Hazard | $161.15 | | ($850.57) |

## Bankruptcy Disclosure

Under the Fair Debt Collection Practices Act, this is an attempt to collect a debt and any information obtained will be used for that purpose.  However, in the event you have been discharged pursuant to or are under the protection of federal bankruptcy law, this letter is not an attempt to collect the debt against you personally.


If this Escrow Analysis indicates that there is a surplus, it may not mean that you are enititled to receive a return of that surplus.  This analysis was calculated based on an assumption that the account is current according to the terms of the Note and Mortgage/Deed of Trust.  If the account is behind, in default, or in bankruptcy, this analysis may not reflect the current state of the account or the terms of a bankruptcy plan.  If there are enough funds in the escrow account and the surplus is $50 or greater, that surplus will be mailed to you within 30 days, provided the account is current under the terms of the Note and Mortgage/Deed of Trust.

If you have any questions, please contact us at 866-712-5698.

Sincerely,

Gregory Funding

V 1.0 04/07/2016 ENC016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: <br><br> GLADIS P. AGUILAR, <br><br> and <br><br> MELVIN J. RODRIGUEZ, <br><br> Debtors. | CASE NO. 15-18584-RAM <br><br> CHAPTER 13 |

## Certificate of Service

I hereby certify that I am admitted to the bar of this Court. I further certify that the foregoing **NOTICE OF MORTGAGE PAYMENT CHANGE** was served either by CM/ECF transmission or standard first class mail on this 21st day of April 2020, to the following:

Gladis P. Aguilar
15321 N.W. 30th Ct.
Opa Locka, FL 33054
**Debtor**

Melvin J. Rodriguez
15321 N.W. 30th Ct.
Opa Locka, FL 33054
**Joint Debtor**

Ricardo Corona, Esq.
3899 N.W. 7th St., Second Floor
Miami, FL 33126
**Attorney for Debtors**

Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027
**Trustee**

Office of the U.S. Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
**U.S. Trustee**

/s/ *Allison D. Thompson*
Allison D. Thompson
Florida Bar No. 36981
athompson@solomonlaw.com
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **CREDITOR**

4822-4126-6106, v.1